Clayton WILLIAMS, Plaintiff—
Appellant,

v.

Steven RYAN, Physical Therapist;
Dwain M. Brewer, Officer, CO II; Ro-
derick R. Sower, CCE Warden, Defen-
dants—Appellees.

No. 09–6063.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 15, 2009.

Decided: June 3, 2009.

Clayton Williams, Appellant Pro Se.
Rex Schultz Gordon, Office of the Attorney
General of Maryland, Baltimore, Mary-
land, for Appellees.

Before WILKINSON, TRAXLER, and
AGEE, Circuit Judges.

Remanded by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Clayton Williams seeks to appeal the
district court's order granting Defendants'
motion for summary judgment and dis-
missing his 42 U.S.C.A. § 1983 (West
2007) civil rights action. Williams' notice
of appeal was received in the district court
shortly after the expiration of the thirty-
day appeal period. Fed. R.App. P.
4(a)(1)(A). Because Williams is incarcerat-
ed and proceeding pro se, the notice is
considered filed as of the date it was prop-
erly delivered to prison officials for mailing
to the district court. Fed. R.App. P.
4(c)(1); *Houston v. Lack,* 487 U.S. 266, 108
S.Ct. 2379, 101 L.Ed.2d 245 (1988). The
date on which Williams properly delivered
his notice of appeal to prison officials for
mailing to the district court is not fairly
ascertainable from the current record.

Accordingly, we remand the case for the
limited purpose of allowing the district
court to obtain this information from the
parties and to determine whether the filing
was timely under Fed. R.App. P. 4(c)(1)
and *Houston.* The record, as supplement-
ed, will then be returned to this court for
further consideration. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*REMANDED.*